UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>           Plaintiff,<br><br>     v.<br><br>SAMANTHA PERRYMAN,<br><br>           Defendant. | Case No.: 1:13-cv-0906 – JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CORRECT A MINOR DISCREPANCY IN THE FIRST AMENDED COMPLAINT<br><br>(Doc. 10) |

Plaintiff is a civil detainee proceeding *pro se* and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff presently requests that the Clerk of the Court correct a "minor discrepancy (sic)" in its July 24, 2013 order. (Doc. 10).  Specifically, Plaintiff avers that Defendant Havder is a "P.T." and not a nurse, (Doc. 10 at 1), as indicated in the Court's order. (Doc. 8 at 1 n. 1).

The Court notes that Defendant Hadver's designation as a P.T. or nurse has no bearing whatsoever on the Court's decision that Plaintiff states a cognizable claim.  More importantly, it was Plaintiff, *not* the Court, who failed to previously inform the Court of Defendant Hadver's position within Coalinga State Hospital.  Thus, the Court finds no reason to amend its prior ruling based on Defendant Hadver's designation as a nurse versus her designation as a "P.T."

///

///

1  Accordingly, and for the foregoing reasons, the Court **HEREBY ORDERS** that Plaintiff's
2  motion to correct a minor discrepancy in the first amended complaint is **DENIED**.

IT IS SO ORDERED.

Dated:  **August 27, 2013**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE