# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>            Plaintiff,<br><br>     v.<br><br>SAMANTHA PERRYMAN, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-00906-LJO-BAM<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>TWENTY-DAY DEADLINE |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Perryman and Havder for failure to protect in violation of the Fourteenth Amendment. This matter is currently in discovery.  On November 8, 2013, the Court related this action to <u>Cranford v. Badagon</u>, 1:11-cv-00736-LJO-BAM, which is scheduled for trial on February 19, 2014.[1]

The Court is able to refer cases for mediation before a United States Magistrate Judge.  A settlement conference will only be set if the parties are willing to make a meaningful attempt to resolve this action and are willing to compromise.  Settlement conferences may be held by video conference or in person at the court.  Plaintiff and Defendants shall notify the Court whether they

---

[1]   A motion for consolidation, filed on October 30, 2013, is pending in both actions.

believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.[2]

If the parties wish to have a settlement conference scheduled, Defendants' counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to Coalinga State Hospital for housing.

Accordingly, within **twenty (20) days** from the date of service of this order, Plaintiff and Defendants shall file a written response to this order. If a settlement conference is set by the Court, then the Court will issue a separate order indicating each of the parties' responsibilities regarding the settlement conference.

IT IS SO ORDERED.

Dated:   **November 13, 2013**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

---

[2]   A similar directive has been issued in related case, Cranford v. Badagon, 1:11-cv-00736 LJO BAM.