UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>             Plaintiff,<br><br>       v.<br><br>SAMANTHA PERRYMAN, et al.,<br><br>             Defendants. | Case No.: 1:13-cv-00906-LJO-BAM<br><br>ORDER RE: MOTION FOR DEFAULT JUDGMENT   (ECF No. 36) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 17, 2013, the Court consolidated this action into a single case with Cranford v. Badagon, 1:11-cv-00736-LJO-BAM.  The Court also ordered closure of case 1:13-cv-00906-LJO-BAM.  Subsequently, on December 23, 2013, Plaintiff filed the instant motion for default judgment against all defendants in this closed action.

Plaintiff's motion is DISREGARDED and shall be termed.  To be considered, all motions and other pleadings must be filed in the lead case of Cranford v. Badagon, 1:11-cv-00736-LJO-BAM.

IT IS SO ORDERED.

Dated:   **January 13, 2014**          /s/ *Barbara A. McAuliffe*          _
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28