UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMANTHA PERRYMAN, et al.,<br><br>            Defendants. | Case No.: 1:13-cv-00906-LJO-BAM<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PLAINTIFF'S MOTION OPPOSING DEFENDANTS' OBJECTIONS TO PLAINTIFF'S REQUEST FOR ADMISSIONS AND INTERROGATORIES<br><br>(ECF Nos. 38, 39) |

   Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 17, 2013, the Court consolidated this action into a single case with Cranford v. Badagon, 1:11-cv-00736-LJO-BAM.  The Court also ordered closure of case 1:13-cv-00906-LJO-BAM.  (ECF No. 35.)

   On December 23, 2013, Plaintiff filed a motion for default judgment against all defendants in this closed action.  (ECF No. 36.)  On January 13, 2014, the Court issued an order disregarding the motion for default judgment and advised Plaintiff that all motions and other pleadings must be filed in the lead case of Cranford v. Badagon, 1:11-cv-00736-LJO-BAM.  (ECF No. 37.)

   On March 17, 2014, Plaintiff filed a second motion for default judgment in this closed action. (ECF No. 38.)  Plaintiff also filed a motion opposing Defendants' objections to Plaintiff's request for admissions and interrogatories.  Plaintiff additionally requested default judgment.  (ECF No. 39.)

1

Plaintiff's motions are DISREGARDED and shall be termed.  As previously instructed by this Court, all motions and other pleadings must be filed in the lead case of <u>Cranford v. Badagon</u>, 1:11-cv-00736-LJO-BAM.  Any further filings in this closed matter shall be summarily stricken from the record.  Plaintiff is cautioned that continued failure to abide by the Court's instructions may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **March 20, 2014**                           /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE