1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARCHIE CRANFORD, | ) Case No.: 1:13-cv-00906-LJO-BAM |
| Plaintiff, | )<br>) ORDER STRIKING PLAINTIFF'S MOTION OF |
| v. | ) DISCOVERY<br>) (ECF No. 42) |
| SAMANTHA PERRYMAN, et al., | )<br>) |
| Defendants. | )<br>) |
| | )<br>) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 17, 2013, the Court consolidated this action into a single case with Cranford v. Badagon, 1:11-cv-00736-LJO-BAM.  The Court also ordered closure of this case, 1:13-cv-00906-LJO-BAM.  (ECF No. 35.)

On December 23, 2013, Plaintiff filed a motion for default judgment against all defendants in this closed action.  (ECF No. 36.)  On January 13, 2014, the Court issued an order disregarding the motion for default judgment and advised Plaintiff that all motions and other pleadings must be filed in the lead case of Cranford v. Badagon, 1:11-cv-00736-LJO-BAM.  (ECF No. 37.)

On March 17, 2014, Plaintiff filed a second motion for default judgment in this closed action. (ECF No. 38.)  Plaintiff also filed a motion opposing Defendants' objections to Plaintiff's request for admissions and interrogatories.  Plaintiff additionally requested default judgment.  (ECF No. 39.)  On

1

1    March 20, 2014, the Court issued an order disregarding Plaintiff's motions and advised Plaintiff that

2    any further filings in this closed matter would be summarily stricken from the record.  (ECF No. 40.)

3            On June 30, 2014, Plaintiff filed a motion for discovery in this action.  (ECF No. 42.)  Based

4    on the Court's prior instructions and warnings, the motion for discovery, filed on June 30, 2014, is

5    HEREBY STRICKEN.  Plaintiff is admonished that any further filings in this closed matter shall be

6    summarily stricken from the record and his continued failure to abide by the Court's instructions may

7    result in the imposition of sanctions.

8

9    IT IS SO ORDERED.

10       Dated:   **July 2, 2014**                    /s/ *Barbara A. McAuliffe*

11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28